No. 24-2881

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

HOLOGENIX, LLC
*Appellant*

v.

MULTIPLE ENERGY TECHNOLOGIES, LLC
*Appellee*

On appeal from the U.S. District
Court for the Central District of California
*Multiple Energy Technologies, LLC v. Hologenix, LLC*
Case No. 2:22-cv-07510-FMO

reversing the U.S. Bankruptcy Court, Central District of California
*In re Hologenix, LLC*
Bankr. Case No. 2:20-bk-13849-BR

**APPELLANT'S REQUEST FOR JUDICIAL NOTICE WITH RESPECT TO APPELLEE'S MOTION FOR EXTENSION OF TIME
TO FILE OPENING BRIEF**

JOHN-PATRICK M. FRITZ
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
JPF@LNBYG.COM

On September 9, 2025, appellee Multiple Energy Technologies, LLC ("MET"), filed a reply (the "Reply") in support of its motion for an additional 60-day extension of time to file its brief. MET alleges in the Reply that

> at the end of that mediation, the parties had reached a settlement in principle that was then rescinded the next day by Mr. Casden on behalf of himself and Hologenix. *See MET v. Casden*, No. 2:21-cv01149-ODW-RAO, Doc. No. 252.

Especially since MET cites to docket no. 252 in *MET v. Casden*, appellant Hologenix, LLC, requests that the Court take judicial notice of that document, attached as Exhibit "1" hereto, in which Magistrate Judge Rozella A. Oliver wrote:

> On September 13, 2024, counsel for the parties appeared for a settlement conference by Zoom. . . . The parties were unable to reach settlement.

The truth, reflected by the evidence to which MET itself cites, is that the parties never reached (and Mr. Casden did not rescind) any settlement.

Dated: September 11, 2025   LEVENE, NEALE, BENDER, YOO
              & GOLUBCHIK L.L.P.

              By:  */s/ John-Patrick M. Fritz*
                John-Patrick M. Fritz
                Attorneys for Appellant
                Hologenix, LLC

# EXHIBIT 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.: CV 21-01149 ODW (RAOx) | Date: September 13, 2024 |
| Title: Multiple Energy Technologies, LLC v. Seth Casden | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Eddie Ramirez | Tape No.: N/A |
|---|---|
| Deputy Clerk | Court Reporter/Recorder: N/A |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Nicole Sullivan | Scott Behrendt |
| | John Tedford |

**Proceedings:** MINUTES RE: VIDEO SETTLEMENT CONFERENCE

On September 13, 2024, counsel for the parties appeared for a settlement conference by Zoom. Also present by video were Stuart Williams, client representative for Plaintiff Multiple Energy Technologies, LLC, and Defendant Seth Casden. The parties were unable to reach settlement.

8 : 54

Initials of Preparer    er

# **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on September 11, 2025.

All participants in the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

Executed on September 11, 2025, at Los Angeles, California.

                                                  */s/ John-Patrick M. Fritz*
                                                  JOHN-PATRICK M. FRITZ