UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 19 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MULTIPLE ENERGY TECHNOLOGIES, LLC,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>HOLOGENIX, LLC,<br><br>Defendant - Appellant. | No. 24-2881<br><br>D.C. No. 2:22-cv-07510-FMO<br>Central District of California,<br>Los Angeles<br><br>ORDER |

The motion (Docket Entry No. 33) for an extension of time to file the answering brief is granted in part.

The answering brief is now due October 10, 2025. The optional reply brief is due 21 days after the answering brief is served.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT